DAVID WRIGHT, APPELLANT, *v.* JOHN W. AIKEN **AND**
OTHERS.

Motion for re-argument denied, with ten dollars costs.

---

IN THE MATTER OF THE APPLICATION OF THE NEW YORK CEN-
TRAL AND HUDSON RIVER RAILROAD COMPANY
TO APPRAISE CERTAIN LANDS OF CATHARINE M. COYE AND
OTHERS, RESPONDENTS.

Order appealed from affirmed, with ten dollars costs and disburse-
ments.

---

AMY SHERMAN, RESPONDENT, *v.* MYRON H. LAY, APPEL-
LANT.

Appeal dismissed, with ten dollars costs and disbursements.

---

LEORA BRUMFIELD, BY GUARDIAN, APPELLANT, *v.* HAN-
NAH BONTALL, RESPONDENT.

Motion to give cause a preference denied, without costs.

---

STEPHEN H. POWERS, APPELLANT, *v.* GEORGE BENE-
DICT, RESPONDENT.

Motion denied, without costs to either party.

---

ELIZABETH S. SALTER, APPELLANT, *v.* THE UTICA AND
BLACK RIVER RAILROAD COMPANY, RESPONDENT.

Motion for re-argument denied, with ten dollars costs.

---

HENRY P. KNOWLES, *v.* SAMUEL CUDELEBUCK.

Motion for leave to appeal to the Court of Appeals denied.

---

EUNICE L. ROOT, AS EXECUTOR, ETC., RESPONDENT, *v.* THOM-
AS R. WRIGHT, IMPLEADED, ETC., APPELLANT.

Motion to dismiss appeal denied, without costs to either party.

---

MARY T. BURT, EXECUTOR, ETC., APPELLANT, *v.* EMILY D.
MILLER, IMPLEADED, ETC., RESPONDENT.

Motion to dismiss appeal denied, with ten dollars costs.